```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41429
    SONIA DENISE HUGHES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0830

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/08/2004 and was confirmed 02/02/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.90% from remaining funds.

    The case was paid in full 01/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED           2975.00        138.09        2975.00
TRIAD FINANCIAL            UNSECURED         3951.22          .00          865.20
CAPITAL ONE SERVICES       UNSECURED         NOT FILED        .00             .00
CAPITAL ONE                UNSECURED         NOT FILED        .00             .00
CITY OF CHICAGO PARKING    UNSECURED          460.00          .00          100.73
CITY OF CHICAGO            NOTICE ONLY       NOT FILED        .00             .00
ECAST SETTLEMENT CORP      UNSECURED          353.57          .00           77.42
RESURGENT ACQUISITION LL   UNSECURED         1515.70          .00          331.89
RESURGENT ACQUISITION LL   UNSECURED         2615.45          .00          572.71
US CELLULAR                UNSECURED         NOT FILED        .00             .00
MELVIN J KAPLAN            DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                          446.96
DEBTOR REFUND              REFUND                                             2.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              8,210.00

PRIORITY                                        .00
SECURED                                    2,975.00
    INTEREST                                 138.09
UNSECURED                                  1,947.95
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                         446.96
DEBTOR REFUND                                  2.00
                    ---------------       ---------------
TOTALS               8,210.00              8,210.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 41429 SONIA DENISE HUGHES

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/11/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 41429 SONIA DENISE HUGHES